■ In the Matter of RUTH L. CROUCH-ARRAM, Respondent, v FARRID ARRAM, Appellant. [612 NYS2d 1006] —Order unanimously affirmed without costs for reasons stated in decision at Onondaga County Family Court, Buck, J. (Appeal from Order of Onondaga County Family Court, Buck, J.—Custody.) Present —Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.